SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------x
MAURICIO MELGAR,  INDEX NUMBER: 712331/2022

                Plaintiff,

v.

                **DEMAND FOR AD DAMNUM**

ROSARIO HERNANDEZ and UNITED CARGO
LOGISTICS INC.,

                Defendants.
-----------------------------------------------------------x

**COUNSEL:**

      **PLEASE TAKE NOTICE**, that pursuant to CPLR §3017(c), demand is hereby made by defendants, ROSARIO HERNANDEZ and UNITED CARGO LOGISTICS INC., that plaintiff sets forth within 15 days of service hereof the amount of damages sought to be recovered in this action.

Dated: New York, New York
       June 17, 2022

                                  LAW OFFICES OF LORNE M. REITER, LLC
                                  Attorneys for Defendant
                                  ROSARIO HERNANDEZ and UNITED CARGO LOGISTICS
                                  14 Wall Street, 20th Floor
                                  New York, New York 10005
                                  (212) 222-0955

                        BY:   *s/Lorne M. Reiter*
                                LORNE M. REITER

TO:   Law Offices of Gary S. Park, P.C.
       39-01 Main Street, Suite 608
       Flushing, NY 11354